William Stewart MALONE, Jr.,
Petitioner–Appellant,

v.

DIRECTOR OF VIRGINIA DEPART-
MENT OF CORRECTIONS, Re-
spondent–Appellee.

No. 01–6105.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 15, 2003.

Decided Oct. 24, 2003.

William Stewart Malone, Jr., Appellant
Pro Se.

Before MOTZ and KING, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Dismissed by unpublished PER
CURIAM opinion.

PER CURIAM.

William Stewart Malone, Jr., seeks to
appeal the district court's order denying
relief on his petition filed under 28 U.S.C.
§ 2254 (2000). Pursuant to a remand or-
der of this court, the district court at-
tempted to address Malone's pending mo-
tion under Fed.R.Civ.P. 60(b). When it
became apparent that Malone was no long-
er incarcerated and had failed to apprise
the district court of a forwarding address,
the district court dismissed the action.
Accordingly, Malone's appeal of the denial
of his § 2254 petition is now ripe for re-
view.

An appeal may not be taken from the
final order in a habeas corpus proceeding
unless a circuit justice or judge issues a
certificate of appealability. 28 U.S.C.
§ 2253(c)(1) (2000). A certificate of ap-
pealability will not issue absent "a substan-
tial showing of the denial of a constitution-
al right." 28 U.S.C. § 2253(c)(2) (2000).
A prisoner satisfies this standard by dem-
onstrating that reasonable jurists would
find that his constitutional claims are de-
batable and that any dispositive procedural
rulings by the district court are also debat-
able or wrong. *See Miller–El v. Cockrell,*
537 U.S. 322, 123 S.Ct. 1029, 1040, 154
L.Ed.2d 931 (2003); *Slack v. McDaniel,*
529 U.S. 473, 484, 120 S.Ct. 1595, 146
L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d
676, 683 (4th Cir.), *cert. denied,* 534 U.S.
941, 122 S.Ct. 318, 151 L.Ed.2d 237 (2001).
We have independently reviewed the rec-
ord and conclude that Malone has not
made the requisite showing. Accordingly,
we deny leave to proceed in forma pauper-
is, deny a certificate of appealability, and
dismiss the appeal. We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*DISMISSED.*